**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re:** | **Sara Marie Eckman,** | : | **Chapter 13** |
| | | : | |
| | | : | **Case No. 25- 11802 (PMM)** |
| | | : | |
| | **Debtor** | : | |

**ORDER TO SHOW CAUSE**

  **AND NOW** the *pro se* Debtor having failed to file the documents and schedules required by Fed.

R. Bankr. P. 1007, see doc. no. 5;

  AND the Debtor having failed to make the first installment payment, see doc. #6;

  AND the Debtor having failed to submit a timely certification of credit counseling, see 11 U.S.C.

§ 109(h)(1);

  It is hereby **ORDERED**, that:

1) The Debtor **SHALL APPEAR** for a hearing on **Thursday, June 12, 2025 at 11:00 a.m.** in
   the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn
   St., Reading, Pennsylvania, 19601and **show cause why this case should not be dismissed**
   for failure to timely file documents and a certificate of credit counseling.

2) The Debtor must pay the first installment payment prior to the hearing (and the second and
   third payment timely) and;

3) Failure to appear for the hearing and or to meet the requirements stated above may result in
   **dismissal** of this case without further notice or hearing.

**Date:   5/27/25**

            _Patricia M. Mayer_
            _____
            **PATRICIA M. MAYER**
            **U.S. BANKRUPTCY JUDGE**

Copy to:
Sara Marie Eckman
3461 Park Pl
Bethlehem, PA 18017