United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-11802-pmm
Sara Marie Eckman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 1
Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

**Recip ID**  **Recipient Name and Address**
db  + Sara Marie Eckman, 3461 Park Pl, Bethlehem, PA 18017-2473

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:

**Name**  **Email Address**
DENISE ELIZABETH CARLON
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** **Sara Marie Eckman,** | : | Chapter 13 |
| | : | |
| | : | Case No. 25- 11802 (PMM) |
| | : | |
| **Debtor** | : | |

## ORDER TO SHOW CAUSE

**AND NOW** the *pro se* Debtor having failed to file the documents and schedules required by Fed. R. Bankr. P. 1007, see doc. no. 5;

AND the Debtor having failed to make the first installment payment, see doc. #6;

AND the Debtor having failed to submit a timely certification of credit counseling, see 11 U.S.C. § 109(h)(1);

It is hereby **ORDERED**, that:

1) The Debtor **SHALL APPEAR** for a hearing on **Thursday, June 12, 2025 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601 and **show cause why this case should not be dismissed** for failure to timely file documents and a certificate of credit counseling.

2) The Debtor must pay the first installment payment prior to the hearing (and the second and third payment timely) and;

3) Failure to appear for the hearing and or to meet the requirements stated above may result in **dismissal** of this case without further notice or hearing.

**Date:** 5/27/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Sara Marie Eckman
3461 Park Pl
Bethlehem, PA 18017