KML Law Group
701 Market St
#500
Philadelphia Pa 19106


Portnoff Law Associates
1030 Walnut St
Allentown Pa 18102

Hanover Township
Northampton County
3630 Jacksonville Rd
Bethlehem Pa 18017


David Klein Real Estate
3400 Bath Pike #208
Bethlehem Pa 18017