**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Sara Marie Eckman, | : | Case No. 25-11802 (PMM) |
| Debtor. | : | |

## ORDER

**AND NOW** a Show Cause hearing having been held and concluded on July 3, 2025;

AND the Debtor having failed to appear;

AND the Debtor having failed to complete the actions outlined in the Show Cause Order;

It is therefore hereby **ordered** that this case is **dismissed**.

*Patricia M. Mayer*

**Date: 7/3/25**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Sara Marie Eckman
3461 Park Pl
Bethlehem, PA 18017