United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-11802-pmm
Sara Marie Eckman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Jul 03, 2025     Form ID: pdf900     Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sara Marie Eckman, 3461 Park Pl, Bethlehem, PA 18017-2473 |
| 15017586 | + | David Klein Real Estate, 3400 Bath Pike #208, Bethlehem, PA 18017-2480 |
| 15017585 | + | Hanover Township, Northampton County, 3630 Jacksonville Rd, Bethlehem, PA 18017-9302 |
| 15008895 | + | M&T Bank, C/O Denise Carlon, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15017584 | + | Portnoff Law Associates, 1030 Walnut St, Allentown, PA 18102-4842 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 04 2025 00:02:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 04 2025 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15017583 | ^ | MEBN | Jul 03 2025 23:58:56 | KML Law Group, 701 Market St, #500, Philadelphia, PA 19106-1538 |
| 15021261 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 04 2025 00:12:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15025507 | | Email/Text: camanagement@mtb.com | Jul 04 2025 00:02:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2025      Signature:     /s/Gustava Winters

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: pdf900 | Total Noticed: 10 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Sara Marie Eckman,

Debtor.

: Chapter 13

: Case No. 25-11802 (PMM)

## ORDER

**AND NOW** a Show Cause hearing having been held and concluded on July 3, 2025;

AND the Debtor having failed to appear;

AND the Debtor having failed to complete the actions outlined in the Show Cause Order;

It is therefore hereby **ordered** that this case is **dismissed**.

Date:  7/3/25

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Sara Marie Eckman
3461 Park Pl
Bethlehem, PA 18017